EMPLOYEE JUSTICE LEGAL GROUP, P.C.
Kaveh S. Elihu (SBN 268249)
kelihu@ejlglaw.com
Yesenia L. Rodriguez (SBN 331499)
yrodriguez@ejlglaw.com
1001 Wilshire Blvd.
Los Angeles, California 90017
Telephone:  (213) 382-2222
Facsimile:  (213) 382-2230

Attorneys for Plaintiff
PAMELA CULPEPPER

SEYFARTH SHAW LLP
Nicole Baarts (SBN 226733)
560 Mission Street, 31ST Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
nbaarts@seyfarth.com

attorneys for defendants
AIRGAS USA, LLC, KARLA MARIN,
and MARIA MARTINEZ

*Additional counsel for Defendants on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CULPEPPER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>AIRGAS USA, LLC, a Delaware Limited Liability Company; KARLA MARIN, an Individual; MARIA MARTINEZ, an Individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. **2:25-cv-07666-SRM-(SKx)**<br><br>*Assigned to the Honorable Serena R. Murillo*<br><br>**JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2** |

JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2

326703702v.1

SEYFARTH SHAW LLP
Kristin N. Ivanco (SBN 294993)
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
kivanco@seyfarth.com

Attorneys For Defendants
AIRGAS USA, LLC, KARLA MARIN,
and MARIA MARTINEZ

1

326703702v.1

Plaintiff Pamela Culpepper ("Plaintiff") and Defendants Airgas USA, LLC, Karla Marin, and Maria Martinez (collectively, "Defendants") (collectively "Parties"), through their respective counsel of record, hereby submit the following joint request pursuant to Local Rule 83-9.2 that the Court render and file its decision on the following matters:

1.    Plaintiff's Motion for Remand;

2.    Defendant's Motion to Dismiss.

The above matters were submitted for decision on January 12, 2026 . More than 120 days have elapsed since submission, and the Court has not yet rendered and filed its decisions. Accordingly, pursuant to Local Rule 83-9.2, the parties respectfully request that the Court render and file its decisions without further delay.

DATED: June 22, 2026                    EMPLOYEE JUSTICE LEGAL GROUP, P.C.


By: */s/ Yesenia L. Rodriguez*
    Kaveh S. Elihu, Esq.
    Yesenia L. Rodriguez, Esq.
    Attorneys for Plaintiff,
    PAMELA CULPEPPER


DATED: June 22, 2026                    SEYFARTH SHAW LLP


By: */s/ Kristin N. Ivanco*
    Nicole Baarts, Esq.
    Kristin N. Ivanco, Esq.
    Attorneys for Defendants
    AIRGAS USA, LLC, KARLA MARIN,
    and MARIA MARTINEZ

2

JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2

326703702v.1

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1001 Wilshire Boulevard, Los Angeles, California 90017.

On June 23, 2026, I served the documents described as: **JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2** on the interested parties in this action as follows:

| | |
|---|---|
| Nicole Baarts, Esq.<br>Kristin N. Ivanco, Esq.<br>**Seyfarth Shaw, LLP**<br>560 Mission Street, 31st Floor<br>San Francisco, CA 94105<br>400 Capitol Mall, Suite 2300<br>Sacramento, CA 95814<br>nbaarts@seyfarth.com<br>kivanco@seyfarth.com<br>hbledsoe@seyfarth.com | *Attorneys for Defendant:*<br>Airgas USA, LLC |

☒ BY CM/ECF: With the Clerk of the United States District Court of California, using the CM/ECF System. the Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Court's CM/ECF System.

Executed on June 23, 2026, at Los Angeles, California.

☐ STATE  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ FEDERAL  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Crystal Brenes _____  */s/ Crystal Brenes* _____

2

JOINT REQUEST FOR DECISION PURSUANT TO LOCAL RULE 83-9.2

326703702v.1